FILED
CLERK, U.S. DISTRICT COURT
JAN 22 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**United States District Court**
**Central District of California**
**\*\*AMENDED\*\***

UNITED STATES OF AMERICA vs.   Docket No.   CR 15-33-LAL (CC21-4305574)

| | |
|---|---|
| Defendant | Reymundo Paredez |
| akas: | n/a |

Social Security No. 5  3  4  0
(Last 4 digits)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 01 | 22 | 2015 |

**COUNSEL**    Lisa Shinar-LaBarre, DFPD
(Name of Counsel)

**PLEA**   [X] GUILTY, and the court being satisfied that there is a factual basis for the plea.   [ ] NOLO CONTENDERE   [ ] NOT GUILTY

**FINDING**   There being a finding/verdict of **GUILTY**, defendant has been convicted as charged of the offense(s) of:
Count 1-California Vehicle Code 23152(a)- Driving Under the Influence Exclusive Jurisdiction, a Class A misdemeanor
Count 2-California Vehicle Code 14601.2(a)-Driving With a Suspended/Revoked License for DUI, a Class B misdemeanor

**JUDGMENT AND PROB/ COMM ORDER**   The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court :

IT IS THE JUDGMENT of the Court that the defendant shall be placed on supervised probation for a period of three (3) years concurrently for Count 1 and Count 2 under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the Probation Office and General Order 05-02.

2. The defendant shall serve ten (10) days custody in a jail-type facility, and shall surrender no later than noon on February 12, 2015, to the U.S. Marshal Service at 255 E. Temple Street, Los Angeles, CA 90012.

3. The defendant shall abstain from alcohol during the period of supervision. The defendant shall submit to two (2) drug tests within 15 days of placement on probation not to exceed eight (8) tests per month, as directed by the Probation Officer, pursuant to 18 U.S.C. § 3563(a)(5).

4. The defendant shall participate in an outpatient substance abuse testing and treatment program as directed by the Probation Officer.

5. The defendant shall not drive a motor vehicle.

6. The defendant shall register with the Probation Office within 72 hours from the day sentence is imposed.

IT IS ADJUDGED that the defendant, Reymundo Paredez, shall pay a fine of $390, a special assessment of $25, and a processing fee of $25 for a total of $440 as to Count 1. Defendant shall pay a fine of $300, a special assessment of $10, and a processing fee of $25 for a total of $335 as to Count 2. The fines, special assessments and processing fees shall be paid on or before May 22, 2015.

Case 2:15-cr-00033-LAL   Document 7   Filed 01/22/15   Page 2 of 3   Page ID #:18

| USA vs. Reymundo Paredez | Docket No.: CR 15-33-LAL (CC21-4305574) |
|---|---|

The defendant was advised of his right to appeal within 14 days of judgment. Bond was exonerated.

**The fine, processing fee and special assessment as to Count 1 shall be paid to:**

United States District Court-Central Division
Attn: Fiscal Department, Rm. 529
312 North Spring Street
Los Angeles, CA 90012

**The fine, processing fee and special assessment as to Count 2 shall be paid to:**

Central Violations Bureau, P.O. Box 71363, Philadelphia, PA 19176-1363

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

JAN 22 2015
Date

_HONORABLE LOUISE A. LA MOTHE_
U. S. Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

JAN 22 2015
Filed Date

By _____
Deputy Clerk

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

### STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

USA vs. Reymundo Paredez                    Docket No.:  CR 15-33-LAL (CC21-4305574)

Defendant delivered on _____ to _____
at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____          By _____
Date                                                  Deputy Marshal

### CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

JAN 22 2015                              By _____
Filed Date                                   Deputy Clerk

### FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____            _____
         Defendant                                            Date

_____                       _____
U. S. Probation Officer/Designated Witness      Date